1  MICHAEL S. BURKE (SBN 150062)
   VOGL MEREDITH BURKE LLP
2  456 Montgomery Street, 20th Floor
   San Francisco, California 94104
3  (415) 398-0200 Voice
   (415) 398-2820 Facsimile
4  mburke@vmbllp.com

5  Attorneys for Defendants
   SEA & SIERRA RESTAURANTS, INC.
6  d.b.a. SLOCUM'S GRILL AND BAR;
   AVENA-MINNEY PARTNERS, LLC;
7  TOMMY AVENA; CYNTHIA AVENA;
   JOE MINNEY; and TEREE MINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, | CASE NO: 5:11-CV-06707-RMW |
| Plaintiff, | Judge: Honorable Ronald M. Whyte |
| vs. | **ORDER OF DISMISSAL BASED UPON STIPULATION OF PARTIES** |
| SEA AND SIERRA RESTAURANTS, INC. DBA SLOCUM'S GRILL AND BAR; AVENA-MINNEY PARTNERS, LLC; TOMMY AVENA; CYNTHIA AVENA; JOE MINNEY; TERRY MINNEY; and DOES 1-10, inclusive, | |
| Defendants. | |

Based upon the stipulation parties filed on April 17, 2013, the parties request that the court execute this order of dismissal.

It is hereby ordered that this case is dismissed with prejudice.

Dated: April ___, 2013

By: /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE

1